IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ANAGRAM INTERNATIONAL, LLC, ) | |
| ) | |
| ) | Case No. 24-cv-10794 |
| Plaintiff, ) | |
| ) | Judge Elaine E. Bucklo |
| v. ) | |
| ) | |
| THE INDIVIDUALS, CORPORATIONS, ) | |
| LIMITED LIABILITY COMPANIES, ) | |
| PARTNERSHIPS, AND UNINCORPORATED ) | |
| ASSOCIATIONS IDENTIFIED ON ) | |
| SCHEDULE A HERETO, ) | |
| ) | |
| ) | |
| Defendants. ) | |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL AS TO CERTAIN DEFENDANTS**

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff ANAGRAM INTERNATIONAL, LLC hereby dismisses with prejudice all causes of action in the complaint as to the Defendants identified below and in Schedule A. No motions are pending relative to these Defendants. Each party shall bear its own attorney's fees and costs.

| No. | Defendant |
|---|---|
| 74 | Daily Textile Decorative Store |
| 103 | HF Crafts Store |
| 112 | Inchoi Decor Store |
| 125 | Light up Room Store |
| 159 | Qianle Pet Life Store |
| 162 | Royallove Decoration Store |

The respective Defendants have not filed an answer to the complaint or a motion for summary judgment in this matter. Therefore, it is respectfully submitted that dismissal under Rule 41(a)(1) is appropriate.

                                                                                 Respectfully submitted,

Dated: January 9, 2025              By:    s/ Michael A. Hierl
                                                                                    Michael A. Hierl (Bar No. 3128021)
                                                                                    William B. Kalbac (Bar No. 6301771)
                                                                                    Robert P. McMurray (Bar No. 6324332)
                                                                                    John Wilson (Bar No. 6341294)
                                                                                     Hughes Socol Piers Resnick & Dym, Ltd.
                                                                                    Three First National Plaza
                                                                                    70 W. Madison Street, Suite 4000
                                                                                    Chicago, Illinois 60602
                                                                                    (312) 580-0100 Telephone
                                                                                    (312) 580-1994 Facsimile
                                                                                    mhierl@hsplegal.com

                                                                                    Attorneys for Plaintiff
                                                                                    ANAGRAM INTERNATIONAL, LLC

**CERTIFICATE OF SERVICE**

  The undersigned attorney hereby certifies that a true and correct copy of the foregoing Notice of Voluntary Dismissal was filed electronically with the Clerk of the Court and served on all counsel of record and interested parties via the CM/ECF system on January 9, 2025.

                      s/Michael A. Hierl